IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY W. EATON, )<br>)<br>Plaintiff, )<br>)     8:06CV230<br>vs. )<br>)     ORDER<br>TIME INSURANCE COMPANY, )<br>)<br>Defendant. ) | |

On the court's own motion, the telephone planning conference previously set for August 28, 2006, at 10:30 a.m. is cancelled and is **rescheduled for August 30, 2006, at 10:30 a.m.** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 7th day of June, 2006.

                                                 BY THE COURT:

                                                 s/Thomas D. Thalken
                                                 United States Magistrate Judge