**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **GARY W. EATON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:06CV230** |
| v. | ) | |
| | ) | **ORDER** |
| **TIME INSURANCE COMPANY,** | ) | |
| **f/k/a FORTIS INSURANCE COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge on January 30, 2007 by counsel for the defendant,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before March 2, 2007**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The pretrial conference and trial previously scheduled are cancelled upon the representation that this case is settled.

DATED this 30th day of January, 2007.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge